IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 16-CV-23415

DOUG LONGHINI, individually,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
SVF KENDALL MIAMI, LLC d/b/a　　　　　　　)
KENDALL MALL, JAMISON CO, INC. d/b/a　　　)
SUBWAY #5998 and MEXICAN FOOD CORP.　　　 )
d/b/a ERNESTO'S TACO SHOP,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　　　　　)
_____　)

**VERIFIED STATEMENT OF COUNSEL REGARDING
ANY PRIOR FILINGS UNDER THE ADA**

Plaintiff DOUG LONGHINI, pursuant to the Court's Orders [DE 7], hereby files the undersigned's Verified Statement of Counsel Regarding Any Prior Filings Under the ADA and states:

1. I, Rafael Viego III, am lead counsel for Plaintiff Doug Longhini in the above styled case.

2. Prior to the filing of this case, I conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether Defendants or Defendants' property have ever been sued prior to the filing of this suit for alleged violations of the same, similar, or any violations of the Americans with Disabilities Act.

3. The search did not yield any results.

FURTHER AFFIANT SAYETH NAUGHT.

– 1 –
FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

                                                                                              _____
                                                                                              Rafael Viego III

STATE OF FLORIDA          )
                                         ) SS.
COUNTY OF MIAMI-DADE   )

      SWORN TO and subscribed before me this __10th__ day of __August__, 2016, by Rafael Viego III, who is [✓] personally known to me or [ ] produced a _____ as identification.

                                                                                  _____
                                                                                  Notary Public

[Notary Stamp:
JOSE SOTOLONGO
MY COMMISSION #FF001757
EXPIRES April 6, 2017
(407) 398-0153   FloridaNotaryService.com]

                                                                                  Typed, Printed, or Stamped Name of Notary

FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

– 3 –

                      Respectfully submitted,

By:   s/ Rafael Viego III
        Rafael Viego III, Esq.
        Florida Bar. No. 60967
        **FEDERAL DISABILITY ADVOCATES**
        *Attorneys for Plaintiff DOUG LONGHINI*
        4300 Biscayne Boulevard, Suite 305
        Miami, Florida 33137
        Telephone:  (305) 717-7530
        Facsimile:  (305) 717-7539
        E-mail:  mlopez@jltrial.com
        E-mail:  rviego@jltrial.com
        E-mail:  eservice@jltrial.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2016, a true and correct copy of the foregoing was served via mail upon SVF Kendall Miami, LLC. d/b/a Kendall Mall, c/o Registered Agent: C T Corporation System, 1200 South Pine Island Road, Plantation, FL 33324; Jamison Co, Inc. d/b/a Subway 5998, c/o Registered Agent: David R. Roy, P.A., 4209 N. Federal Hwy., Pompano Beach, FL 33064; and Mexican Food, Corp. d/b/a Ernesto's Taco Shop, c/o Registered Agent: Adriana Azamar, 8845 SW 107th Ave, Miami, FL 33176.

By:   s/ Rafael Viego III
        Rafael Viego III, Esq.
        Florida Bar. No. 60967

MEL/RV/rd
0006.015